# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 15, 2021

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-2897
>
> Caption:
> AMANDA JANE BERGQUIST,
>     Plaintiff - Appellant
>
> v.
>
> DONALD MILAZZO, et al.,
>     Defendants - Appellees
>
> District Court No: 1:18-cv-03619
> Clerk/Agency Rep Thomas G. Bruton
> District Judge John Robert Blakey
>
> Date NOA filed in District Court: 10/14/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)